# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #
Date Filed: April 20, 2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

              Plaintiff

    -against-

Andre Brown

              Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

20 CR 184 VB-1

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 20 , 2020 at 2:30 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 20, 2020
        White Plains, New York

                              SO ORDERED:

                              s/

                              PAUL E. DAVISON
                              United States Magistrate Judge