UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :    **ORDER**
v.                               :
                                 :    20 CR 184 (VB)
ANDRE BROWN,                     :
                    Defendant.   :
--------------------------------------------------------x

The next status conference in this matter is scheduled for July 29, 2020, at 1:00 p.m., which the Court expects to conduct by telephone conference.  Prior to that date, defense counsel shall consult with his client and advise the Court in writing, filed on the docket, whether defendant waives his right to be physically present and consents to proceed by telephone conference.

At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:    **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:**        **1703567**

In the event the conference can be held in person in the courthouse, the Court will advise counsel prior to the scheduled conference.

Dated: May 29, 2020
       White Plains, NY              SO ORDERED:

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge

1