UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
v.                                   :         **ORDER**
                                     :
ANDRE BROWN,                         :         20 CR 184 (VB)
           Defendant.      :
                                     :
--------------------------------------------------------------x

       The next conference in this matter is scheduled for <u>August 28, 2020, at 11:00 a.m.</u> The Court expects to conduct this proceeding in person in the Courtroom.

       Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: July 21, 2020
      White Plains, NY               SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge