# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                Plaintiff,                 **SCHEDULING ORDER**

        -against-                                         20 Cr. 184 (VB)

ANDRE BROWN,

                                Defendant.
----------------------------------------------------------------x

TO ALL PARTIES:

        The Court has scheduled a Guilty Plea for August 28, 2020 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  August 24, 2020
             White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge