UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
                                            :    **ORDER**
v.                                          :
                                            :
                                            :    20 CR 184 (VB)
ANDRE BROWN,                                :
                        Defendant.          :
--------------------------------------------------------------x

       **Sentencing in this case is scheduled for <u>January 15, 2020, at 1:30 p.m.</u>**  The Court expects to conduct the sentencing by telephone conference, provided the appropriate CARES Act findings are made and defendant consents after consultation with counsel.  (The Court has already received a waiver and consent form from defense counsel.)

       By no later than January 11, 2020, defense counsel shall submit a letter containing proposed findings pursuant to Section 15002(b)(2)(A) of the CARES Act, which requires that the Court find "for specific reasons that the . . . sentencing . . . cannot be further delayed without serious harm to the interests of justice."

       Assuming the Court is able to make the necessary CARES Act findings, it is hereby ORDERED:

       1.    The sentencing will be conducted by telephone conference call.  At the time of the scheduled sentencing hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

       **Access Code: 1703567**

Dated:  January 6, 2020
           White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge