UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

ANDRE BROWN

               Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 184 ( VB ) ( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/21

Defendant _____ANDRE' BROWN_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ ~~Conference Before a Judicial Officer~~ SENTENCING  1/15/2021

x _Andre Brown (by WB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_ANDRE' BROWN_____
Print Defendant's Name

_____[signature]_____
Defendant's Counsel's Signature

DOMENICK J. PORCO_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/15/2021
Date

_____[signature]_____
U.S. District Judge/~~U.S. Magistrate Judge~~